# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-10466
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 10, 2014

Lyle W. Cayce
Clerk

BILLY CRUSE,

Plaintiff – Appellant

v.

SOUTHWEST CONVENIENCE STORES, L.L.C.,
doing business as 7-Eleven

Defendant – Appellee

Appeal from the United States District Court
for the Northern District of Texas
No. 5:12-CV-206

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Plaintiff–Appellant Billy Cruse filed a Title VII claim against Defendant-Appellee Southwest Convenience Stores, L.L.C. ("7-Eleven"), alleging that 7-Eleven's termination of his employment was motivated by race. 7-Eleven asserts that Cruse was fired for violating a company rule prohibiting confrontation with customers. Cruse replies that the violation of the non-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

## No. 14-10466

confrontation rule was pretextual. The case turns on whether there is a disputed issue of material fact regarding pretext. The district court thought not and granted summary judgment to 7-Eleven.

We AFFIRM for essentially the reasons stated by the district court in its opinion granting summary judgment.